EXHIBIT 1



# Find doctors and hospitals



## Find a doctor

Selecting a provider is easier when you know that they've been thoroughly vetted. That's why we carefully review independent performance and quality data before admitting any provider into our network.

## Providers

### Doctors, hospitals, medical equipment, and specialty services

Search for a participating provider by name, location, specialty, or medical procedure.[1]

Learn more

### Pharmacies

Search for an in-network pharmacy.

Learn more

### Dental care

Search for a participating dentist by name, location, or specialty.

Learn more

### Vision care

Locate a Davis Vision provider.[2]

Learn more

Find doctors and hospitals | Ind...

ibx.com/get-care/find-doctors-and-health-car...

Find a plan Get care Stay healthy Resources

Find doctors and hospitals

## Facilities

### Where to go for care

ER or urgent care? Know your options — before you need them.

Learn more

### Urgent care

Urgent Care Centers and Retail Health Clinics can be useful alternatives to visiting your doctor.

Learn more

### Virtual visits

Visit with a doctor anytime, anywhere through phone, video, mobile app.

Learn more

### Ways to save on care

Knowing how your health plan works and where to go when you need care can save you money on health care expenses.

Learn more

## Care away from home



### Worldwide options

If you're traveling, it pays to make sure you're covered wherever you roam.

Learn more

### Guest membership

Get medical coverage when you're away from home.

Learn more




### Get your ID card

Need a new card? No problem. Log in at ibx.com to view/print your ID card.

Log in

### Check a claim

Find out the status of your claim. Log in at ibx.com to check the status of your claim.

Log in

## Get your ID card

Need a new card? No problem. Log in at ibx.com to view/print your ID card.

Log in >

## Check a claim

Find out the status of your claim. Log in at ibx.com to check the status of your claim.

Log in >

---

[1] The provider tool includes information on all physicians, hospitals, and specialty service providers who participate in our managed care plans. Managed care products include Keystone HMO/POS, Personal Choice® PPO, national BlueCard® PPO, and our Medicare Advantage plans.

[2] Vision benefits are administered by Davis Vision, an independent company.



© 2025 Independence Blue Cross.

Independence Blue Cross is a subsidiary of Independence Health Group, Inc. — independent licensees of the Blue Cross and Blue Shield Association, serving the health insurance needs of Philadelphia and southeastern Pennsylvania



IBX Notice of Availability of Language Assistance Services and Auxiliary Aids and Services and Notice of Nondiscrimination: | العربية | বাংলা | 普通话 | Français | Kreyòl Ayisyen | ગુજરાતી | हिंदी | Italiano | 日本語 | 한국어를 | Diné bizaad | Pennsilfaanisch-Deitsch | Polski | Português | Русский | Español | Tagalog | తెలుగు | Українська | Tiếng Việt | Yorùbá