EXHIBIT 2



What is durable medical equipment? +

What does in-network mean? –

Your health care coverage is considered in-network when you use a provider who participates in our network of more than 60,000 doctors and 180 hospitals. For HMO plans, it's the Keystone Health Plan East network. For PPO plans, it's the Personal Choice® network which gives you access to see doctors in-network across the country, plus you have the option to visit doctors out-of-network at a higher cost. To see if a provider or hospital is considered in-network, use our Find a Doctor tool.

What does out-of-network mean? +

What is an urgent care center? +

What is a retail clinic? +

What is an HSA? +

What is a Health Reimbursement Account? +

What is a Flexible Spending Account? +