Profile - Methodist Hospital - IBX Ca...

ibx.healthsparq.com/healthsparq/public/#/one/insurerC...

Independence

Sign In English Menu

Back LOCATION San Antonio, TX PLAN Personal Choice PPO

# Methodist Hospital

Children's Hospital, General Acute Care Hospital + 1 more

Locations Reviews Quality

## Locations

### Methodist Hospital

**Children's Hospital, General Acute Care Hospital, +1 more**

Accepting new patients

7.5 mi • 7700 FLOYD CURL DRIVE, SAN ANTONIO, TX 78229

(210) 575-4000 • Call for office hours

Call (210) 575-4000

Search who works here

Compare

**Specialties**

Children's Hospital, General Acute Care Hospital, Radiology Clinic/Center

**Office hours**

Call (210) 575-4000

**Quality**

Quality details

**Plans accepted**

8 plans accepted

**Contact**

Main: (210) 575-4000

Physical Fax: (210) 575-8303

**Important** Read notes

## In-person locations



**Methodist Hospital**

Children's Hospital, General Acute Care Hospital, +1

Profile - Methodist Hospital - IBX Co...

ibx.healthsparq.com/healthsparq/public/#/one/insurerC...

Independence

Sign In English Menu

Back LOCATION San Antonio, TX PLAN Personal Choice PPO

# Methodist Hospital

Children's Hospital, General Acute Care Hospital + 1 more

Locations Reviews Quality

## Locations

### Methodist Hospital

**Children's Hospital, General Acute Care Hospital, +1 more**

Accepting new patients

7.5 mi • 7700 FLOYD CURL DRIVE, SAN ANTONIO, TX 78229

(210) 575-4000 • Call for office hours

Call (210) 575-4000

Search who works here

Compare

**Specialties**

Children's Hospital, General Acute Care Hospital, Radiology Clinic/Center

**Office hours**

Call (210) 575-4000

**Quality**

Quality details

**Plans accepted**

8 plans accepted

**Contact**

Main: (210) 575-4000

Physical Fax: (210) 575-8303

**Important**

If you have a PPO or EPO plan, you may obtain care from any BlueCard PPO provider. The provider you choose must submit their claims to the Blue plan they directly contract with; otherwise, the claim may be considered out-of-network. You are responsible for obtaining pre-certification for services that require it, (please check here for services requiring pre-certification.) HMO/POS/Direct POS members must coordinate care through their PCP and obtain a referral and pre-certification when required.

Profile - Methodist Hospital - IBX Co

ibx.healthsparq.com/healthsparq/public/#/one/insurerCode=BLUE...

Independence

Sign In English Menu

Dashboard / Places by Name / Methodist Hospital / **Methodist Hospital**

**LOCATION** San Antonio, TX **PLAN** Prefix: CQA

# Methodist Hospital

Children's Hospital, General Acute Care Hospital + 1 more

Locations Reviews Quality

## Locations

### Methodist Hospital

**Children's Hospital, General Acute Care Hospital, +1 more**

Accepting new patients

7.5 mi • 7700 FLOYD CURL DRIVE, SAN ANTONIO, TX 78229

(210) 575-4000 • Call for office hours

Call (210) 575-4000

Search who works here

Compare

**Specialties**

Children's Hospital, General Acute Care Hospital, Radiology Clinic/Center

**Office hours**

Call (210) 575-4000

**Quality**

Quality details

**Plans accepted**

8 plans accepted

**Contact**

Main: (210) 575-4000

Physical Fax: (210) 575-8303

**Important** Read notes

### In-person locations



Methodist Hospital

Profile - Methodist Hospital - IBX Com

ibx.healthsparq.com/healthsparq/public/#/one/insurerCode=BLUE...

Independence

Sign In English Menu

Dashboard / Places by Name / Methodist Hospital / **Methodist Hospital**

LOCATION San Antonio, TX PLAN Prefix: CQA

# Methodist Hospital

Children's Hospital, General Acute Care Hospital + 1 more

Locations Reviews Quality

## Locations

### Methodist Hospital

**Children's Hospital, General Acute Care Hospital, +1 more**

Accepting new patients

7.5 mi • 7700 FLOYD CURL DRIVE, SAN ANTONIO, TX 78229

(210) 575-4000 • Call for office hours

Call (210) 575-4000

Search who works here

Compare

## Important

If you have a PPO or EPO plan, you may obtain care from any BlueCard PPO provider. The provider you choose must submit their claims to the Blue plan they directly contract with; otherwise, the claim may be considered out-of-network. You are responsible for obtaining pre-certification for services that require it, (please check here for services requiring pre-certification.) HMO/POS/Direct POS members must coordinate care through their PCP and obtain a referral and pre-certification when required.

Profile - HCA HOU HC N CYPRESS HC

ibx.healthsparq.com/healthsparq/public/#/one/insurerC...

Independence

Sign In English Menu

Back

LOCATION Cypress, TX PLAN Prefix: CDQ

# HCA HOU HC N CYPRESS HCA HOU HC

General Acute Care Hospital

Locations Reviews Quality

## Locations

### HCA HOU HC N CYPRESS HCA HOU HC

**General Acute Care Hospital**

Accepting new patients

4.9 mi • 21214 NORTHWEST FRWY, CYPRESS, TX 77429

(832) 912-3500 • Call for office hours

Call (832) 912-3500

Compare

**Specialties**

General Acute Care Hospital

**Office hours**

Call (832) 912-3500

**Quality**

Blue Distinction. Center

Quality details

**Plans accepted**

8 plans accepted

**Contact**

Main: (832) 912-3500

Physical Fax: (281) 890-7340

**Important** Read notes

## In-person locations



HCA HOU HC N CYPRESS HCA HOU HC

General Acute Care Hospital

Profile - HCA HOU HC N CYPRESS HC

ibx.healthsparq.com/healthsparq/public/#/one/insurerC...

Independence

Sign In English Menu

Back LOCATION Cypress, TX PLAN Prefix: CDQ

# HCA HOU HC N CYPRESS HCA HOU HC

General Acute Care Hospital

Locations Reviews Quality

## Locations

### HCA HOU HC N CYPRESS HCA HOU HC

**General Acute Care Hospital**

Accepting new patients

4.9 mi • 21214 NORTHWEST FRWY, CYPRESS, TX 77429

(832) 912-3500 • Call for office hours

Call (832) 912-3500

Compare

**Specialties**

General Acute Care Hospital

**Office hours**

Call (832) 912-3500

**Quality**

Blue Distinction. Center

Quality details

**Plans accepted**

8 plans accepted

**Contact**

Main: (832) 912-3500

Physical Fax: (281) 890-7340

## Important

If you have a PPO or EPO plan, you may obtain care from any BlueCard PPO provider. The provider you choose must submit their claims to the Blue plan they directly contract with; otherwise, the claim may be considered out-of-network. You are responsible for obtaining pre-certification for services that require it, (please check here for services requiring pre-certification.) HMO/POS/Direct POS members must coordinate care through their PCP and obtain a referral and pre-certification when required.

Profile - St Davids OB Hospitalist PLLC

ibx.healthsparq.com/healthsparq/public/#/one/insurerC...

Independence

Sign In English Menu

Back

LOCATION Austin, TX PLAN Personal Choice PPO

# St Davids OB Hospitalist PLLC

Multi-Specialty Group

Locations Reviews

## Locations

### St Davids OB Hospitalist PLLC

**Multi-Specialty Group**

10.2 mi • 12221 MOPAC EXPY NORTH, AUSTIN, TX 78758

(512) 901-2557 • Call for office hours

Call (512) 901-2557

Compare

**Specialties**
Multi-Specialty Group

**Quality**
None

**Contact**
Main: (512) 901-2557

**Office hours**
Call (512) 901-2557

**Plans accepted**
8 plans accepted

**Important** Accepting new patients: None. Contact provider to ask if they are taking new patients

**Important** Read notes

### In-person locations



St Davids OB Hospitalist PLLC

Multi-Specialty Group

Profile - St Davids OB Hospitalist PLLC

ibx.healthsparq.com/healthsparq/public/#/one/insurerC...

Independence

Sign In English Menu

Back

LOCATION Austin, TX PLAN Personal Choice PPO

# St Davids OB Hospitalist PLLC

Multi-Specialty Group

Locations Reviews

## Locations

### St Davids OB Hospitalist PLLC

**Multi-Specialty Group**

10.2 mi • 12221 MOPAC EXPY NORTH, AUSTIN, TX 78758

(512) 901-2557 • Call for office hours

Call (512) 901-2557

Compare

| Specialties | Quality | Contact |
|---|---|---|
| Multi-Specialty Group | None | Main: (512) 901-2557 |

| Office hours | Plans accepted |
|---|---|
| Call (512) 901-2557 | 8 plans accepted |

**Important**

If you have a PPO or EPO plan, you may obtain care from any BlueCard PPO provider. The provider you choose must submit their claims to the Blue plan they directly contract with; otherwise, the claim may be considered out-of-network. You are responsible for obtaining pre-certification for services that require it, (please check here for services requiring pre-certification.) HMO/POS/Direct POS members must coordinate care through their PCP and obtain a referral and pre-certification when required.

Profile - St Davids Medical Center -

ibx.healthsparq.com/healthsparq/public/#/one/insurerC...

Independence

Sign In English Menu

Back

LOCATION Austin, TX PLAN Personal Choice PPO

# St Davids Medical Center

General Acute Care Hospital

Locations Reviews Quality

## Locations

### St Davids Medical Center

**General Acute Care Hospital**

Accepting new patients

1.8 mi • 919 EAST 32ND STREET, AUSTIN, TX 78705

(512) 476-7111 • Call for office hours

Call (512) 476-7111

Search who works here

Compare

**Specialties**

General Acute Care Hospital

**Office hours**

Call (512) 476-7111

**Quality**

Quality details

**Plans accepted**

8 plans accepted

**Contact**

Main: (512) 476-7111

Web contact: https://www.stdavids.com

**Important** Read notes

### In-person locations



Profile - St Davids Medical Center

ibx.healthsparq.com/healthsparq/public/#/one/insurerC...

Independence

Sign In English Menu

Back LOCATION Austin, TX PLAN Personal Choice PPO

# St Davids Medical Center

General Acute Care Hospital

Locations Reviews Quality

## Locations

### St Davids Medical Center

**General Acute Care Hospital**

Accepting new patients

1.8 mi • 919 EAST 32ND STREET, AUSTIN, TX 78705

(512) 476-7111 • Call for office hours

Call (512) 476-7111

Search who works here

Compare

**Specialties**

General Acute Care Hospital

**Office hours**

Call (512) 476-7111

**Quality**

Quality details

**Contact**

Main: (512) 476-7111

Web contact: https://www.stdavids.com

**Important**

If you have a PPO or EPO plan, you may obtain care from any BlueCard PPO provider. The provider you choose must submit their claims to the Blue plan they directly contract with; otherwise, the claim may be considered out-of-network. You are responsible for obtaining pre-certification for services that require it, (please check here for services requiring pre-certification.) HMO/POS/Direct POS members must coordinate care through their PCP and obtain a referral and pre-certification when required.

Profile - The Womans Hospital of Te...

ibx.healthsparq.com/healthsparq/public/#/one/ins...

Independence

Sign In English Menu

Back LOCATION Houston, TX PLAN Prefix: CDQ

# The Womans Hospital of Texas

General Acute Care Hospital

Locations Reviews Quality

## Locations

### The Womans Hospital of Texas

**General Acute Care Hospital**

Accepting new patients

5.3 mi • 7600 FANNIN STREET, HOUSTON, TX 77054

(713) 790-1234 • Call for office hours

Call (713) 790-1234

Search who works here

Compare

**Specialties**
General Acute Care Hospital

**Quality**
Quality details

**Contact**
Main: (713) 790-1234
Physical Fax: (713) 448-3912

**Office hours**
Call (713) 790-1234

**Plans accepted**
8 plans accepted

**Important** Read notes

### In-person locations



**The Womans Hospital of Texas**

General Acute Care Hospital

Accepting new patients

Profile - The Womans Hospital of Te...

ibx.healthsparq.com/healthsparq/public/#/one/ins...

Independence

Sign In English Menu

Back

LOCATION Houston, TX PLAN Prefix: CDQ

# The Womans Hospital of Texas

General Acute Care Hospital

Locations Reviews Quality

## Locations

### The Womans Hospital of Texas

**General Acute Care Hospital**

Accepting new patients

5.3 mi • 7600 FANNIN STREET, HOUSTON, TX 77054

(713) 790-1234 • Call for office hours

Call (713) 790-1234

Search who works here

Compare

**Specialties**
General Acute Care Hospital

**Quality**
Quality details

**Contact**
Main: (713) 790-1234
Physical Fax: (713) 448-3912

**Office hours**
Call (713) 790-1234

**Plans accepted**
8 plans accepted

### Important

If you have a PPO or EPO plan, you may obtain care from any BlueCard PPO provider. The provider you choose must submit their claims to the Blue plan they directly contract with; otherwise, the claim may be considered out-of-network. You are responsible for obtaining pre-certification for services that require it, (please check here for services requiring pre-certification.) HMO/POS/Direct POS members must coordinate care through their PCP and obtain a referral and pre-certification when required.

Profile - HCA HOUSTON HEALTHC...

ibx.healthsparq.com/healthsparq/public/#/one/ins...

Independence

Sign In English Menu

Back LOCATION Houston, TX PLAN Personal Choice PPO

# HCA HOUSTON HEALTHCRE MEDICAL CTR

General Acute Care Hospital

Locations Reviews Quality

## Locations

### HCA HOUSTON HEALTHCRE MEDICAL CTR

**General Acute Care Hospital**

Accepting new patients

3 mi • 1313 HERMANN DR, HOUSTON, TX 77004

(713) 527-5000 • Call for office hours

Call (713) 527-5000

Search who works here

Compare

**Specialties**

General Acute Care Hospital

**Office hours**

Call (713) 527-5000

**Quality**

Blue Distinction. Center

Quality details

**Plans accepted**

8 plans accepted

**Contact**

Main: (713) 527-5000

Physical Fax: (713) 275-1160

**Important** Read notes

### In-person locations




HCA HOUSTON HEALTHCRE MEDICAL CTR

General Acute Care Hospital

Profile - HCA HOUSTON HEALTHCRE

ibx.healthsparq.com/healthsparq/public/#/one/ins...

Independence

Sign In English Menu

Back LOCATION Houston, TX PLAN Personal Choice PPO

# HCA HOUSTON HEALTHCRE MEDICAL CTR

General Acute Care Hospital

Locations Reviews Quality

## Locations

### HCA HOUSTON HEALTHCRE MEDICAL CTR

**General Acute Care Hospital**

Accepting new patients

3 mi • 1313 HERMANN DR, HOUSTON, TX 77004

(713) 527-5000 • Call for office hours

Call (713) 527-5000

Search who works here

Compare

**Specialties**

General Acute Care Hospital

**Office hours**

Call (713) 527-5000

**Quality**

Blue Distinction. Center

Quality details

**Plans accepted**

8 plans accepted

**Contact**

Main: (713) 527-5000

Physical Fax: (713) 275-1160

**Important**

If you have a PPO or EPO plan, you may obtain care from any BlueCard PPO provider. The provider you choose must submit their claims to the Blue plan they directly contract with; otherwise, the claim may be considered out-of-network. You are responsible for obtaining pre-certification for services that require it, (please check here for services requiring pre-certification.) HMO/POS/Direct POS members must coordinate care through their PCP and obtain a referral and pre-certification when required.