**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| METHODIST HEALTHCARE SYSTEM OF SAN ANTONIO, LTD., L.L.P. D/B/A METHODIST HOSPITAL AND D/B/A METHODIST HOSPITAL METROPOLITAN; KPH-CONSOLIDATION, INC. D/B/A HCA HOUSTON HEALTHCARE NORTH CYPRESS; ST. DAV, | ) | Civil Action No. 26-6972 |
| *Plaintiffs,* | ) | |
| v. | ) | |
| INDEPENDENCE BLUE CROSS, LLC, | ) | |
| *Defendant.* | ) | |

**ORDER**

The Court, having reviewed Defendant Independence Blue Cross, LLC's request for extension of time in which to respond to Plaintiffs' Complaint, and having been advised that Plaintiffs consent to the requested extension, hereby ORDERS as follows:

Defendant shall file its response to Plaintiffs' Complaint no later than December 4, 2026.

__*/s/ John Milton Younge*__________
Hon. John Milton Younge
United States District Judge

DATED: November 17, 2026